JOSEPH RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6888
 Email: thomas.newman2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 10-cv-2310-WHA |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO CONTINUE CASE |
| ) | MANAGEMENT CONFERENCE |
| CAFFE AMICI ESPRESSO, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties stipulate as follows:

1.  This case was filed by plaintiffs to reduce specified tax assessments to judgment and enjoin the defendant from failing to file employment tax returns, unemployment tax returns, and pay employment taxes to the IRS.

2.  The Court set a Case Management Conference for September 2, 2010, and, in an Order dated August 9, 2010, the Court stated that a Case Management Conference may be appropriate on August 26, 2010, in place of a noticed hearing.

3.  On August 9, 2010, Plaintiff filed a response to a Court's Order, which stated that default should be set aside and requested that the two pending motions be withdrawn. Plaintiff agreed that setting aside default made the motion for default judgment procedurally moot.

4.  The parties respectfully request that the Initial Case Management Conference be

*Case No. 10-cv-2310-WHA*
*Stipulation*

1  continued until September 16, 2010 for several reasons.  First, plaintiff's counsel has been
2  unavailable to meet and confer with defendant's counsel about how to proceed in this case since
3  the Answer has been filed.  The parties only briefly conferred regarding a continued date for the
4  Case Management Conference.  Second, the parties believe more time is needed, given the
5  change in the status of the case, to make initial disclosures, and confer regarding a schedule.  The
6  parties also believe this additional two weeks may be beneficial in order to discuss a resolution
7  of this matter, which cannot be accomplished under the present schedule.

      5.    For these reasons, the parties request a two-week continuance of the September 2, 2010 Case Management Conference until September 16, 2010.

Dated August 11, 2010                           JOSEPH P. RUSSONIELLO
                                                         United States Attorney

                                                           /s/ *Thomas M. Newman*
                                                           THOMAS M. NEWMAN
                                                           Assistant United States Attorney
                                                           Tax Division

Dated August 11, 2010                           */s/ James Cois*
                                                           Attorney for Defendant
                                                           Caffe Amici Espresso

*Case No. 10-cv-2310-WHA*
*Stipulation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 10-cv-2310-WHA |
| Plaintiff, ) | |
| ) | [proposed] ORDER |
| v. ) | |
| CAFFE AMICI ESPRESSO, LLC, ) | |
| Defendant. ) | |

In accordance with the parties' stipulation, IT IS SO ORDERED.

**THUS DONE AND SIGNED** on this  17th  day of  August  , 2010 at San Francisco, California.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup

*Case No. 10-cv-2310-WHA*
*ORDER*