**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CAFFE AMICI ESPRESSO, LLC,

    Defendant.

No. C 10-02310 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff, the United States of America, moves for an order to show cause why defendant Caffe Amici Espresso, LLC, and its owner, Anthony Henry, shall not be held in contempt of Court for violating an injunction entered against them (Dkt. No. 25). Defense counsel received electronic service of the motion in the normal course, but has failed to respond to the motion by the deadline.

    Accordingly, and for good cause shown, plaintiff's motion is **GRANTED**. Defendant Caffe Amici Espresso, LLC, and its owner, Anthony Henry, are ordered to show cause why they shall not be held in contempt of Court for violating the injunction entered against them (Dkt. No. 25). Specifically, Anthony Henry and Caffe Amici are ordered to show cause why compensatory civil contempt sanctions — including a coercive fine beginning at $300 per day for 20 days — against them should not issue, and why Anthony Henry should not be coercively incarcerated until he complies with the injunction.

Anthony Henry and Caffe Amici shall show cause at the hearing already scheduled for **JULY 14, 2011, AT 2:00 P.M.** In addition, they may show cause via a written response that is due by **NOON ON JULY 7, 2011**. The government may respond by **NOON ON JULY 12, 2011**.

**IT IS SO ORDERED.**

Dated: June 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE