IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CAFFE AMICI ESPRESSO, LLC,

    Defendant.

No. C 10-02310 WHA

**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE**

By prior order, defendant Caffe Amici Espresso, LLC, and its owner, Anthony Henry, were ordered to show cause why they should not be held in contempt of Court for violating the injunction previously entered in this matter against them. The parties now stipulate to "withdraw motion for order to show cause and vacate hearing" given that they are working together productively to "set up a procedure that the defendant or Anthony Henry must follow to comply" with the requirements of the injunction. Good cause having been shown, the order to show cause is discharged and the hearing on July 14 is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE